IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN THE MATTER OF: | : | |
|---|---|---|
| Philip Jay Berg | : | CA 06-5179 |
| | | Bankruptcy No. 05-39380-dws |
| | : | |

## **N O T I C E**

The record on appeal from the Bankruptcy Court in the above captioned case was entered on the docket in this office on 11/24/06 and has been assigned to the Honorable Cynthia M. Rufe.

The following is the schedule for filing briefs with this office:

(1) The Appellant shall serve and file his brief within 15 days after entry of the appeal on the docket.

(2) The Appellee shall serve and file his brief within 15 days after service of the brief of the Appellant.

(3) The Appellant may serve and file a reply brief within 10 days after service of the brief of the Appellee.

        MICHAEL E. KUNZ
        Clerk of Court


        By:_____
        Tashia C. Irving, Deputy Clerk


cc:    David A. Scholl, Esq.
        Edward J. DiDonato, Esq.
        Dave P. Adams, USOJ
        George M. Conway
        Terry P. Dershaw

civ651.frm