

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

PHILIP JAY BERG, : CIVIL ACTION

      Debtor

: NO. 06-5179

**ORDER GRANTING APPELLANT'S MOTION TO DISMISS APPEAL**

AND NOW, this 5th day of December, 2006, the above appeal is DISMISSED.

*Cynthia M. Rufe*

12/6/06
mc.l

Adams
Bers
Conway
Dershaw
McGrath
Sigmund
DiDonato
Scholl

docket to stats